1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  WILLIE THOMAS,

12          Petitioner,              2:05-cv-0564-GEB-GGH-P

13      vs.

14  TERESA A. SCHWARTZ, Warden,

15          Respondent.             ORDER

16  _____/

17          Petitioner, a state prisoner proceeding pro se, has

18  filed an application for a writ of habeas corpus pursuant to 28

19  U.S.C. § 2254.  The matter was referred to a United States

20  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21  General Order No. 262.

22          On August 18, 2005, the magistrate judge filed findings

23  and recommendations herein which were served on petitioner and

24  which contained notice to petitioner that any objections to the

25  findings and recommendations were to be filed within twenty days.

26

1

1   Petitioner has filed objections to the findings and

2   recommendations.

3           In accordance with the provisions of 28 U.S.C.

4   § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

5   de novo review of this case.  Having carefully reviewed the

6   entire file, the court finds the findings and recommendations to

7   be supported by the record and by proper analysis.

8           Accordingly, IT IS HEREBY ORDERED that:

9           1.  The findings and recommendations filed August 18,

10  2005, are adopted in full; and

11          2.  Petitioner's application for a writ of habeas

12  corpus is dismissed for failure to exhaust state remedies.

13  Dated:  October 25, 2005

14
                              /s/ Garland E. Burrell, Jr.
15                            GARLAND E. BURRELL, JR.
                              United States District Judge
16

17

18

19

20

21

22

23

24

25

26

                                  2